

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00277-CV

**2018 MERCEDES-BENZ GLA** (VIN: WDCTG4EB1JJ482641),
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 24722B
Honorable M. Patrick Maguire, Judge Presiding

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice
     Adrian A. Spears II, Justice

Delivered and Filed: July 1, 2026

DISMISSED

Appellant filed a notice of appeal in the trial court on March 27, 2026 and in this court on April 6, 2026. The filing fee of $205.00, which was due from appellant when this appeal was filed, has not been paid. *See* TEX. R. APP. P. 5. The clerk of the court notified appellant of this deficiency in a letter dated April 6, 2026, and instructed the appellant to pay the fee by April 17, 2026.

Additionally, appellant has not filed a docketing statement, and the notice of appeal does not certify that it was served on each court reporter responsible for preparing and filing the record

in this case. In the April 6, 2026 letter, the clerk of this court also notified appellant of these deficiencies and required corrective action. Appellant did not respond to our letter.

On June 3, 2026, we ordered appellant to, by June 15, 2026, either: (1) pay the applicable filing fee or (2) provide written proof to this court that appellant is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). We further ordered appellant to file a docketing statement and an amended notice of appeal. In our order, we noted that if appellant failed to respond satisfactorily within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant did not respond to our order. We therefore dismiss this appeal.


PER CURIAM